■ HELEN L. ZDONCZIK, as Administratrix of the Estate of JOSEPH ZDONCZIK, Also Known as JOHN ZDON, Deceased, Respondent, v. PENNSYLVANIA & SOUTHERN GAS COMPANY et al., Appellants.— Order unanimously affirmed, with $10 costs. No opinion. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ. [35 Misc 2d 735.]